JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

| Case No. | CV 16-7034 PA (ASx) | Date | October 4, 2016 |
|---|---|---|---|
| Title | Kurt Dickson, et al. v. General Motors LLC, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes Kerr | N/A | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS – COURT ORDER

On September 27, 2016, the Court issued an order provisionally remanding this action to Los Angeles County Superior Court as a result of procedural defects in the Notice of Removal. In its September 27, 2016 order, the Court stayed the order remanding the action to provide plaintiff with an opportunity to object to the remand and waive the procedural defects. Specifically, plaintiff was directed to inform the Court in writing by October 3, 2016, if he objected to the remand. To date, despite the passage of the deadline set by the Court, plaintiff has not waived the procedural defects. Accordingly, for the reasons stated in the September 27, 2016 order, this action is remanded to the Los Angeles County Superior Court, Case No. BC 613128.

IT IS SO ORDERED.